118

COM.

v.

WILLIAMS, M.

1427 MDA 2016

Superior Court of Pennsylvania.

06/29/2017

CP–36–CR–0001414–2014, CP–36–CR–0005637–2013, (Lancaster)

Affirmed

NEAL, W.

v.

SHERIDAN, V.

1857 MDA 2016

Superior Court of Pennsylvania.

6/29/2017

2013–SU–2157–94
(York)

Affirmed

COM.

v.

WILLIAMS, D.

1999 MDA 2016

Superior Court of Pennsylvania.

06/29/2017

CP–28–CR–0000658–2016
(Franklin)

Affirmed

IN the INTEREST OF:
D.M.W., a Minor
2097 MDA 2016

Superior Court of Pennsylvania.

06/29/2017

CP–67–DP–0000233–2014
(York)

Affirmed

IN the INTEREST OF: D.J.W., a Minor
2098 MDA 2016

Superior Court of Pennsylvania.

06/29/2017

CP–67–DP–0000232–2014
(York)

Affirmed

